IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re CARIBBEAN PETROLEUM LP., *et al.*[1]

Bankruptcy Case No. 01-11657 (PJW)

| | |
|---|---|
| Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust, And On Behalf Of The Estates Of The Above-Captioned Debtors, Caribbean Petroleum, *et al.*, <br><br>                    Plaintiff, <br>                         v. <br> Universal Chemical <br> Solares & Co., Inc. <br> Popular Inc. <br> The Canada Life Ins., et al <br> Wackenhut PR Inc. <br> LL Mechanical <br> Camioneros Cooperat. <br> A.I. Credit Corp. <br> Ponce Maintenance <br> McConnell <br> Centennial PR <br> Texaco Industries <br> American Express <br> First International <br> Industrial Hydrovac <br> Gulf Chemical Corp. <br><br>                    Defendants. | <br><br><br><br><br><br><br><br> Civil Action No. 04-427 SLR <br> Civil Action No. 04-428 SLR <br> Civil Action No. 04-429 SLR <br> Civil Action No. 04-430 SLR <br> Civil Action No. 04-431 SLR <br> Civil Action No. 04-432 SLR <br> Civil Action No. 04-433 SLR <br> Civil Action No. 04-434 SLR <br> Civil Action No. 04-435 SLR <br> Civil Action No. 04-436 SLR <br> Civil Action No. 04-437 SLR <br> Civil Action No. 04-438 SLR <br> Civil Action No. 04-439 SLR <br> Civil Action No. 04-440 SLR <br> Civil Action No. 04-441 SLR <br> Civil Action No. 04-442 SLR |

State of Delaware        )
                                    ) ss:
County of New Castle  )

## AFFIDAVIT OF SERVICE

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and that

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

DOCS_DE:107190.1

on the 13th of April 2005, she caused a copy of the foregoing *Order*, scheduling an in-person status conference for all Caribbean Petroleum adversary proceedings to be held on May 13, 2005 at 9:30 a.m., to be served upon the parties listed on the attached service list in the matter indicated herein.

                                                            Marlene Chappe

Sworn to and subscribed before
me this 13th day of April 2005

Notary Public

My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

2

DOCS_DE:107190.1