IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP, *et al.* | Bankruptcy Case No. 01-11657 (PJW) |
| HERNAN SERRANO, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>Plaintiff,<br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMERICAN EXPRESS, and AMERICAN EXPRESS COMPANY,<br><br>Defendant. | Civil Action No. 04-439 SLR |

## NOTICE AND STIPULATION OF
## <u>VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative; and, defendants, American Express Travel Related Services Company, Inc., American Express, and American Express Company, hereby stipulate to the voluntary dismissal with prejudice of the *Complaint* (Docket No. 1 in the United States Bankruptcy Court

13037-001\DOCS_DE:110469.1

for the District of Delaware, Adversary Case No. 03-60021) (the "Complaint") in the above-captioned action.

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: September 7, 2005

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | SMITH, GIACOMETTI & CHIKOWSKI, LLC |
|---|---|
| /s/ | /s/ |
| Laura Davis Jones (Bar No. 2436)<br>Bruce Grohsgal (Bar No. 3583)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400 | Allen Charles Tucci (Bar No. 4315)<br>Smith, Giacometti & Chikowski, LLC<br>901 North Market Street<br>Suite 840<br>Wilmington, DE 19801<br>Telephone: (302) 654-9095<br>Facsimile: (302) 654-1465 |
| Andrew W. Caine (CA Bar No. 110345)<br>Steven J. Kahn (CA Bar No. 76933)<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760 | |
| Counsel for Plaintiff, Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust | Counsel for Defendants, American Express Travel Related Services Company, Inc., American Express, and American Express Company |

13037-001\DOCS_DE:110469.1